■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE DUNLEAVY, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered April 14, 1959, convicting him, after a jury trial, of grand larceny in the second degree, and committing him, pursuant to article 3-A of the Correction Law, to the Correction Department's Reception Center at the Elmira Reformatory, for further action by such department. Judgment affirmed. No opinion. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD PHELPS, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Queens County, rendered August 17, 1960, after a nonjury trial, which: (1) adjudged him to be a youthful offender, upon a charge of violating subdivision 1 of section 580 of the Penal Law, by conspiring with others to commit the crime of assault; and (2) suspended sentence. Judgment reversed on the law and the facts, and information dismissed. In our opinion, no sufficient evidence corroborating defendant's alleged confession was adduced, as required by section 395 of the Code of Criminal Procedure; nor was any evidence adduced of the commission of an overt act in furtherance of the alleged conspiracy, as required by section 398 of said code and section 583 of the Penal Law. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL RIZZI, Appellant.— Appeal by defendant: (1) from a judgment of the County Court, Nassau County, rendered April 29, 1960, convicting him, after a jury trial, of attempted robbery in the second degree and attempted grand larceny in the first degree, and sentencing him to serve a concurrent term of two to five years on each count; and (2) from every intermediate order made in the action. Judgment affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY TUMMINELLO, Appellant.— Appeal by defendant from an order of the County Court, Kings County, dated November 23, 1959, denying, without a hearing, his coram nobis application to vacate a judgment of such court, dated December 5, 1956, convicting him, after trial, of robbery in the first degree, and sentencing him to serve a term of 10 to 20 years. Order affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.